**The District Court of the 2nd Judicial District.
County of Silver Bow.**

**STATE OF MONTANA,**
    Plaintiff,                                                   **CAUSE NO.  DC-07-140**
vs.                                                                   **DECISION**
**STACY MCKNIGHT,**
    Defendant.

On March 26, 2009, the defendant was sentenced to ten (10) years in the Montana Women's Prison, with five (5) years suspended, for the offense of Theft, a felony.  In light of the Defendant's significant substance abuse problem, the Court would recommend that Defendant be required to complete the treatment program at the Elkhorn Treatment Center should the Montana Department of Corrections determine that such placement would be beneficial and appropriate for her.

On October 8, 2010, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Richard Phillips. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 8th day of October, 2010.

DATED this 21st day of October, 2010.

Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.